# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

**JUDGMENT IN A CIVIL CASE**

DANIEL COTTON

        V.        6:06CV282(NPM/GHL)

F. JEFF GILDERSLEEVE

| | |
|---|---|
| [ ] | **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict. |
| [XX] | **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered. |

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANT against PLAINTIFF dismissing this action pursuant to the Memorandum-Decision and Order of the Hon. Neal P. McCurn dated December 21, 2007.

DATED:    December 21, 2007

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp